

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>ERICK ORTIZ-FRUTIZ,<br><br>               Defendant. | CASE NO. 11CR3942-MMA<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

____   of the offense(s) as charged in the Indictment/Information:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/11/2011

                                MICHAEL M. ANELLO
                                UNITED STATES DISTRICT JUDGE